## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80757-CIV-RYSKAMP/WHITE

WILLIE W. JONES,

                    Petitioner,

v.

WALTER A. McNEIL,

                    Respondent.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE came before the Court upon petitioner's Notice of Appeal **[DE 20]** and

Motion for a Certificate of Appealability **[DE 21]**, both filed April 28, 2008.  On April 15, 2008,

this Court adopted the Report and Recommendation of Magistrate Judge White, recommending

that petitioner's writ of habeas corpus be dismissed.  Petitioner now wishes to appeal that

dismissal to the Eleventh Circuit.

A certificate of appealability may issue "only if the applicant has made a substantial

showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2) (1999).  Issues should be

approved for appeal if they are "adequate to deserve encouragement to proceed further" because

"reasonable jurists would find the district court's assessment of the constitutional claims

debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (citing *Barefoot v.*

*Estelle*, 463 U.S. 880, 893 and n.4 (1983)).  After a review of petitioner's present motion, Judge

White's Report and Recommendation, and the record, the Court finds that petitioner has not

presented a substantial showing of the denial of a constitutional right and that reasonable jurists

could not disagree about the merits of petitioner's constitutional claims.  Accordingly, it is

hereby,

ORDERED and ADJUDGED that petitioner's Notice of Appeal **[DE 20]** and Motion for

a Certificate of Appealability **[DE 21]** are hereby **DENIED**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this $\underline{5}$ day of

May, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies provided:
All counsel of record
Wilie W. Jones, *pro se*